IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
FEB 05 2025
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:25 CR 49 |
| MICHAEL L. BLOOMFIELD, | ) Title 18, United States Code, |
| | ) Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) |

JUDGE ZOUHARY
MAG JUDGE CLAY

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about December 26, 2023, in the Northern District of Ohio, Western Division, Defendant MICHAEL L. BLOOMFIELD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, it being: Receipt or Distribution of Child Pornography, on or about March 24, 2011, in Case Number 3:10CR465, United States District Court for the Northern District of Ohio, Western Division, knowingly possessed in and affecting interstate commerce firearms, to wit: a Heritage Rough Rider, .22 caliber revolver, bearing serial number 3PH091011; and a CBC 702 Plinkster .22 caliber rifle, bearing serial number EFL253330, and said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section


ORIGINAL

924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant MICHAEL L. BLOOMFIELD shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.